

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-10-00010-CV

## IN RE JAMES H. RICE, JR.

_____

## Original Proceeding

---

## MEMORANDUM  OPINION

---

The petition for writ of mandamus is denied.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Reyna, and
        Justice Davis
Petition denied
Opinion delivered and filed February 24, 2010
[OT06]